**Order entered June 16, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00691-CV

### IN RE MICHEAL CARTER, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F90-04414-QW**

## ORDER
Before Justices Lang-Miers, Evans and Whitehill

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     BILL WHITEHILL
        JUSTICE